ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Metag Insaat Ticaret A.S. )        ASBCA Nos. 58535, 58616
)
Under Contract No. W912ER-10-C-0027 )

APPEARANCES FOR THE APPELLANT:        Thomas J. Fraser, Jr., Esq.
                                      Ivania Perez, Esq.
                                        Eavenson, Fraser, Lunsford & Evans, PL
                                        Jacksonville, FL

APPEARANCES FOR THE GOVERNMENT:       Thomas H. Gourlay, Jr., Esq.
                                        Engineer Chief Trial Attorney
                                      James D. Stephens, Esq.
                                      Tania Wang, Esq.
                                        Engineer Trial Attorneys
                                        U.S. Army Engineer District, Middle East
                                        Winchester, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 17 March 2015

TIMOTHY P. McILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58535, 58616, Appeals of Metag Insaat Ticaret A.S., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals